# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) Case No. 1:07CR00037 | |
| v. | ) **ORDER** | |
| LONNIE EDWARD MALONE, | ) By: James P. Jones | |
| | ) United States District Judge | |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Dismiss (ECF Nos. 217 & 222) is GRANTED; the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 as amended (ECF Nos. 212 & 220) is DENIED; and the § 2255 proceeding is stricken from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: May 24, 2013

/s/ James P. Jones
United States District Judge